```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/8/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                :

JOSEPH GUGLIELMO,                  :

                               Plaintiff,           :
                                                      :                 19-CV-11201 (VSB)
                -against-                   :
                                                        :                    **ORDER**

BEAUTY PLACE INC.,                    :

                                Defendant.    :

------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       Plaintiff filed this action on December 6, 2019.  (Doc. 1.)  Defendant was served on May 6, 2020, and was required to file an answer or otherwise respond to the complaint on or before May 27, 2020.  (*See* Doc. 9.)  To date, Defendant has not appeared nor responded to the complaint.  Plaintiff, however, has taken no further action to prosecute this case.  Accordingly, if Plaintiff intends to seek a default judgment he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than July 9, 2020.  If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:     June 8, 2020
              New York, New York

*[Signature]*
Vernon S. Broderick
United States District Judge