```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
  JOSEPH GUGLIELMO,                           :
                                              :
                          Plaintiff,          :
                                              :
            -against-                         :       19-CV-11201 (VSB)
                                              :
  BEAUTY PLACE INC.,                          :            ORDER
                                              :
                          Defendant.          :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/17/2020

VERNON S. BRODERICK, United States District Judge:

On December 6, 2019, Plaintiff filed the complaint in this action. (Doc. 1.) On December 9, 2019, a summons was issued to Defendant Beauty Place, Inc., and on March 2, 2020, an Amended Summons was issued to Defendant. (Docs. 6, 8). The Amended Summons was returned executed on February 27, 2020, and Defendant's answer was due on March 10, 2020. (Doc. 6.) Defendant failed to file an answer or otherwise appear in the case. On June 8, 2020, I issued an Order directing plaintiff to file a letter by July 9, 2020, indicating whether Plaintiff intends to seek a default judgment in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases. (Doc. 10.) I warned that if Plaintiff fails "to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b)." Plaintiff has failed to file a letter, request an extension, or otherwise indicate he intends to pursue this litigation. Accordingly, it is hereby:

ORDERED that the Plaintiffs Complaint is dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: August 17, 2020
New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge